# United States Court of Appeals
## For the First Circuit

No. 13-1176

WAYNE DECOSTA,

Plaintiff, Appellee,

v.

ALLSTATE INSURANCE COMPANY,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on September 20, 2013 is amended as follows:

On page 1, line 12 "Plaintiff-Appellee" is changed to "Plaintiff, Appellee".

On page 1, line 18, "Defendant-Appellant" is changed to "Defendant, Appellant".